# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MENDOZA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 12-1971 DMG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　The Report and Recommendation is approved and accepted;

　　　　2.　Judgment be entered denying the Petition and dismissing this action without prejudice; and

　　　　3.　The Clerk serve copies of this Order on the parties.

　　　　Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not shown that "jurists of reason would find it debatable whether": (1) "the petition states a valid claim of the denial of a constitutional right"; and (2) "the district court was correct in its procedural

1 | ruling." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Thus, the Court
2 | declines to issue a certificate of appealability.

DATED: June 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE